Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

MOBILE GAME ADVERTISING & MORE, INC., a Delaware corporation,

Plaintiff,

v.

JOHN DOE,

Defendant.

Case No. 3:26-cv-07369-SK

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**Fed. R. Civ. P. 41(a)(1)(A)(i)**

Judge: Judge Sallie Kim

Plaintiffs voluntarily dismiss this action with prejudice, and without an award of attorney fees or costs to either party. Defendant has not filed an answer.

DATED: October 29, 2026.

MARKOWITZ HERBOLD PC

*s/Joseph M. Levy*
Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
*Attorneys for Plaintiff*

2503637.1

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105